IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00437-WDM-KLM

LOUISE RODRIGUEZ,

    Plaintiff,

v.

FINANCIAL RECOVERY SERVICES, INC., a Minnesota corporation

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion for Leave to Attend the Rule 16 Scheduling and Planning Conference Telephonically** [Docket No. 9; Filed April 23, 2010] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. At the date and time set for the Scheduling Conference, Plaintiff's counsel is directed to initiate a conference call with Defendant's counsel and then call chambers at 303-335-2770.

Dated: April 26, 2010